UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-60046-CIV-HUCK/O'SULLIVAN

WB FORT LAUDERDALE LLC )
)
    Plaintiff, )
)
v. )
)
ENRIQUE TETTAMANTI, an individual, )
)
    Defendant. )
)
_____ )

**DEFENDANT ENRIQUE
TETTAMANTI'S RULE 26 INITIAL DISCLOSURES**

Defendant, Enrique Tettamanti ("Tettamanti"), submits his Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure as follows:

**1.    Rule 26(a)(1)(A)(i) Individuals Likely to Have Discoverable Information.**

The following individuals have general knowledge related to the above-styled action.

    (a)    Enrique O. Tettamanti

    (b)    Enrique S. Tettamanti

    (c)    Luis D'Agostino

    (d)    Hector Prieto, Buenos Aries, Argentina

    (e)    Luis Maria Chillavert, Buenos Aires, Argentina

    (f)    Horacio Tucci, Buenos Aires, Argentina

Fowler Rodríguez Valdés-Fauli

CASE NO. 09-60046-CIV-HUCK/O'SULLIVAN
*Enrique Tettamanti Rule 26 Initial Disclosures*

(g) David Ebby

(h) Ivan E. Mercado

(i) Larry Adair

(j) Thomas Houlihan

(k) Joe Wescott

(l) Juan Serralles

(m) Any person identified by any other parties in their disclosures.

Defendant reserves the right to supplement the foregoing disclosures as discovery continues and information becomes available.

## 2. Rule 26(a)(1)(A)(ii). Documents and Things Supporting Defendant's Claims

(a) Documents relating to the ING loan in possession of Defendant.

(b) Documents relating to efforts to market the apartments which are the subject of this suit, in the possession of Defendant.

(c) Documents relating to correspondence among the parties in the possession of Fowler Rodriguez Valdes-Fauli.

Defendant reserves the right to supplement the foregoing disclosures as discovery continues and information becomes available.

## 3. Rule 26(a)(1)(A)(iii). Computation of Damages

As to the Crossclaim against ING Bank FAB and the Third Party Complaint against Luis D'Agostino damages are dependent upon and subject to the damages obtained in the main action by WB Fort Lauderdale against Enrique Tettamanti, as well

*CASE NO. 09-60046-CIV-HUCK/O'SULLIVAN*
*Enrique Tettamanti Rule 26 Initial Disclosures*

as the attorneys' fees and costs incurred. Consequently, damages can not be calculated at this moment.

4. **Rule 26(a)(1)(A)(iv). Insurance Agreement Disclosure.**

This provision is inapplicable.

Enrique Tettamanti's responses are based on information currently available to it and such responses are set forth in accordance with all reservations including privileges, right to supplement and right to amend.

Respectfully Submitted,

FOWLER RODRIGUEZ VALDES-FAULI

*Attorneys for Defendant/ Cross-Claimant/Third Party Plaintiff Enrique Tettamanti*
355 Alhambra Circle, Suite #801
Coral Gables, Florida 33134
Tel.: (786) 364-8400
Fax: (786) 364-8401
Email: Lkonski@frvf-law.com

By: _____
Luis S. Konski
Florida Bar #207837

CASE NO. 09-60046-CIV-HUCK/O'SULLIVAN
*Enrique Tettamanti Rule 26 Initial Disclosures*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 25, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I additionally certify that the foregoing document was also served upon counsel indicated below by regular mail:

Terry Resk, Esq.
Susan B. Yoffee
Haile Shaw & Pfaffenberger, P.A.
660 U.S. Highway One, 3rd Floor
North Palm Beach, FL  33406
tresk@hsplaw.com
syoffee@hsplaw.com
Tel:   305-627-8100
Fax:   305-622-87603
*Attorneys for Plaintiff, WB Fort Lauderdale, LLC and Cross-Defendant ING Bank FSB*

Andrew J. Flame, Esq.
Drinker Biddle & Reath, LLP
1100 N. Market Street, Ste. 1000
Wilmington, Delaware  10801
Tel: 302-467-4214
Fax: 302-467-4201
Andrew.flame@dbr.com
*Co-Counsel for Plaintiff, WB Fort Lauderdale, LLC and Cross-Defendant ING Bank FSB*

Gary M. Carman, Esq.
Gray Robinson, P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida  33131
Gary.carman@gray-robinson.com
Phone:  305-416-6880
Fax: 305-416-6887
*Attorneys for Third-Party Defendant, Luis D'Agostino*

By: _____
Luis S. Konski

2090896-1

4

Fowler Rodríguez Valdés-Fauli