UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-60046-CIV-HUCK/O'SULLIVAN

WB FORT LAUDERDALE, LLC

    Plaintiff,
vs.

ENRIQUE TETTAMANTI,

    Defendant.
_____/

ENRIQUE TETTAMANTI

    Third-Party Plaintiff,
vs.

ING BANK, F.S.B d/b/a ING DIRECT
and LUIS D'AGOSTINO
_____/

CLOSED CIVIL CASE

## FINAL ORDER OF DISMISSAL

This matter is before the Court upon Plaintiff WB Fort Lauderdale, LLC ("WB"), Defendant Enrique Tettamanti, and Third-Party Defendant ING BANK, F.S.B's ("ING") Motion for Entry of Order of Dismissal of Claims Without Prejudice (D.E. #39). The Court has reviewed the Motion, the record, and is duly advised on premises.

On May 27, 2009, the parties attended a mediation in which the claims of (a) WB against Tettamanti, and (b) Tettamanti against ING were settled. *See* Mediation Report (D.E. #38). WB, Tettamanti, and ING request that the Court enter an order dismissing without prejudice the claims settled at the May 27, 2009 mediation, and that the Court retain jurisdiction over the claim of Tettamanti against Third-Party Defendant Luis D'Agostino. Although this Court may retain jurisdiction over a state law claim after dismissal of the federal component, the court has discretion to decline to do so. 28 U.S.C. § 1367(c). Specifically, 28 U.S.C. § 1367(c)(3) gives a court discretion to dismiss a supplemental claim or party when "the district court has dismissed all claims over which it has original jurisdiction." Tettamanti's claim against D'Agostino is a state-law claim for indemnification under the terms of an alleged agreement between Tettamanti and D'Agostino.

Both Tettamanti and D'Agostino are Florida residents. As the remaining claim in this case is without an independent basis for federal subject-matter jurisdiction, the Court declines to retain jurisdiction over the state claim. Accordingly, it is hereby

ORDERED AND ADJUDGED that

1. WB, Tettamanti, and ING's Motion for Entry of Order of Dismissal of Claims Without Prejudice (D.E. #39) is granted in part.

2. All of WB's claims against Tettamanti, and all of Tettamanti's claims against ING are dismissed without prejudice, with each party to bear its or his own attorney's fees and costs.

3. Tettamanti's claim against D'Agostino is dismissed without prejudice.

4. All pending motions are denied as moot and this case is closed.

DONE in chambers, Miami, Florida, June 3, 2009.

Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record