UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CIVIL ACTION NO. 09-60046-CIV-HUCK/O'SULLIVAN

WB FORT LAUDERDALE, LLC

        Plaintiff,

        v.

ENRIQUE TETTAMANTI

        Defendant.

_____

ENRIQUE TETTAMANTI

        Third-Party Plaintiff,

        v.

ING BANK FSB d/b/a ING DIRECT
and LUIS D'AGOSTINO

        Third-Party Defendants.

## FINAL JUDGMENT

This cause came before the court upon the parties' Motion to Enter Judgment pursuant to a Settlement and Forbearance Agreement entered into between the parties on December 7, 2010. The court having reviewed the motion finds that the parties have agreed and that Plaintiff is entitled to the entry of a judgment in favor of Plaintiff in the amount of $350,000.00. Accordingly, it is hereby

ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff, WB Fort Lauderdale, LLC, and against Defendant, Enrique O. Tettamanti, the amount of $350,000.00, that shall bear interest at the rate applicable as of the date of the entry of this judgment, for which let execution issue forthwith.

Done in Chambers, Miami, Florida, on the 6 day of ~~December~~ January, 2011.

Paul C. Huck, United States District Judge

{Client Files\W004\001\00077834.DOCX V1}

cc: Gary A. Woodfield, Esq., Haile,Shaw & Pfaffenberger, 660 U.S. Highway One, North Palm Beach, FL 33408; Gary Michael Carman, Esq., 1111 Brickell Ave., Suite 2050, Miami, FL 33131; Andrew J. Flame, Esq., Drinker Biddle & Reath, LLP, 1100 N. Market St., Suite 1000, Wilmington, DE 10801; Mark A. Dienstag, Esq., 4000 Ponce De Leon Blvd., Suite 470, Coral Gables, FL 33146